THOMAS E. FRANKOVICH (State Bar No. 074414)
AMANDA LOCKHART (State Bar No. 289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Ave., #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>  Plaintiff,<br><br>v.<br><br>TAMALPIAS MOTEL,<br><br>  Defendants. | **CASE NO.** 4:17-cv-06817-CW<br><br>**JOINT REQUEST TO APPEAR TELEPHONICALLY**<br><br>**Date:** June 5, 2018<br>**Time:** 2:30 p.m.<br>**Courtroom:** TBD |

  Plaintiff's counsel and Defendants' counsel hereby respectfully request that they each be permitted to appear telephonically for the above-captioned hearing. Plaintiff's counsel's office is in Butte County, California, which is nearly 160 miles from the Courthouse. This equates to nearly eight hours of drive time with traffic. Defense counsel is located in Tiburon and, while his office is within 50 miles of the Courthouse, traffic will likely cause a 3-4 hour round-trip.

  The Parties wish to conserve resources. Thus, in the interest of economy for all, the Parties hereto respectfully jointly request that counsel be permitted to appear telephonically.

| | | |
|---|---|---|
| Dated: May 24, 2018 | | THOMAS E. FRANKOVICH, APLC |
| | | *A PROFESSIONAL LAW CORPORATION* |

By:   /s/ Amanda Lockhart
Amanda Lockhart
Attorneys for Plaintiff

Dated: 24 May 2018          The Law Offices of Peter Winkler

By:   */s/ Peter Winkler*
Peter Winkler
Attorney for Defendants

### [PROPOSED] ORDER

Good Cause Appearing, **IT IS HEREBY ORDERED** that Plaintiff may appear telephonically at the June 5, 2018, motion hearing.

Good Cause Appearing, **IT IS HEREBY ORDERED** that Defendant may appear telephonically at the June 5, 2018, motion hearing.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearances no later than 3pm on June 4, 2018.

Dated: May 30, 2018

Hon. Claudia Wilken
United States District Court Judge